**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
*YUBA COUNTY (erroneously sued as YUBA COUNTY SHERIFF'S DEPARTMENT, dba YUBA COUNTY ANIMAL CARE SERVICES), DENEEN BARNHILL and SHAUN SMITH*
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN THEIS and TAYLOR THEIS, | CASE NO. 2:18-CV-03278-KJM-KJN |
| Plaintiffs, | **STIPULATION FOR EXTENDING DISCOVERY DEADLINE AND ALL CORRESPONDING DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER** |
| v. | |
| YUBA COUNTY SHERIFF'S DEPARTMENT, dba YUBA COUNTY ANIMAL CARE SERVICES; DENEEN BARNHILL in her official and individual capacities; and DOES 1 – 10, inclusive. | Date: February 7, 2020<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |
| Defendants. | SAC Filed: 07/31/19<br>FAC Filed: 01/25/19<br>Complaint Filed: 10/01/18 |

Plaintiffs ROBIN THEIS and TAYLOR THEIS filed a civil lawsuit, which Defendants YUBA COUNTY (erroneously sued as YUBA COUNTY SHERIFF'S DEPARTMENT, dba YUBA COUNTY ANIMAL CARE SERVICES), DENEEN BARNHILL, and SHAUN SMITH subsequently removed to the United States Eastern District Court of California, Case No. 2:18-CV-03278-KJM-KJN, asserting a variety of allegations against Defendants arising out of an incident involving Plaintiffs' cat while at Yuba County Animal Care Services.

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

The Court issued a Pretrial Scheduling Order providing that the discovery deadline is February 14, 2020.

Since this case has been removed to federal court, Defendants filed three separate Motions to Dismiss. Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is currently pending before the Court. It is unknown when the Court intends to issue its ruling on that Motion. Defendants' Motion asks for all or some of Plaintiffs' claims to be dismissed. The Court's ruling may result in the case being dismissed in its entirety or may narrow the discovery the parties will conduct in this case. Given that, the parties have held off on discovery, as to avoid spending exorbitant amounts on efforts that may become futile.

NOW, THEREFORE, based on the agreements of the Parties, and in consideration of judicial economy and the Parties' resources, IT IS HEREBY STIPULATED by the Parties, through their attorneys of record:

1. The discovery deadline is extended by 300 days.
2. All corresponding deadlines in the Court's Pretrial Scheduling Order are also extended by 300 days.

Dated: December 30, 2019  GARNER & ASSOCIATES, LLP

By  /s/ *Maria Minney (Authorized 12/30/19)*
MARIA MINNEY
Attorneys for Plaintiffs ROBIN THEIS and
TAYLOR THEIS

Dated: December 30, 2019  PORTER SCOTT

By  /s/ *Barakah M. Amaral*
DEREK HAYNES
BARAKAH M. AMARAL
Attorneys for Defendants YUBA COUNTY
(erroneously sued as YUBA COUNTY SHERIFF'S
DEPARTMENT, dba YUBA COUNTY ANIMAL
CARE SERVICES), DENEEN BARNHILL, and
SHAUN SMITH

## **ORDER**

Based on the written stipulation of the Parties and good cause appearing in support thereof, the discovery deadline and all corresponding deadlines in the Court's Pre-trial Scheduling Order shall be extended 300 days. The schedule is now as follows:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Fact discovery closes | February 14, 2020 | December 10, 2020 |
| Disclosure of expert witnesses | March 10, 2020 | January 4, 2021 |
| Disclosure of rebuttal expert witnesses | March 31, 2020 | January 25, 2021 |
| Expert discovery closes | April 30, 2020 | February 24, 2021 |
| Dispositive motion hearing deadline | June 12, 2020 | April 16, 2021 |

**IT IS SO ORDERED.**

Dated: January 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

STIPULATION FOR EXTENDING DISCOVERY DEADLINE AND ALL CORRESPONDING DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER